UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:21-cv-01847 JGB (ADS)          Date: February 25, 2022

Title: *George Anthony Hernandez v. Ronald J. Broomfield*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

Before the Court is Petitioner George Anthony Hernandez's Petition for Writ of Habeas Corpus by a Person in State Custody.  (Dkt. No. 1.)  On January 18, 2022, the Court issued an Order Regarding Screening of Petition because Petitioner does not appear to be "in custody" for the claim he asserts pursuant to 28 U.S.C. § 2254(a).  (Dkt. No. 4, p. 2.)  The Court ordered Petitioner to file a written response by February 8, 2022.  (Id., p. 4.)  The Court also provided Petitioner with options for how to proceed.  (Id., p. 3.)  Petitioner has not since filed a response or otherwise communicated with the Court.

**By no later than March 11, 2022,** Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.  Petitioner may respond to this Order by selecting one of the options set forth in the January 18, 2022 Order.  (Dkt. No. 4.)

As a reminder, Petitioner may choose to proceed with the Petition in its current form, despite the infirmity identified in the January 18, 2022 Order.  (Id.)  Petitioner is expressly cautioned that the Petition appears deficient on its face and therefore the Petition is subject to dismissal.  If Petitioner chooses to proceed with the Petition, it will be viewed by the Court as the inability to cure the defect identified.  As such, the Court will recommend dismissal of the Petition to the District Judge.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:21-cv-01847 JGB (ADS)                    Date: February 25, 2022

Title: *George Anthony Hernandez v. Ronald J. Broomfield*

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed for the reasons stated in the January 18, 2022 Order, for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh