JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GEORGE ANTHONY HERNANDEZ, | Case No. 5:21-cv-01847 JGB (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| RONALD J. BROOMFIELD, | |
| Respondent. | |

I.  **INTRODUCTION**

Before the Court is a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") filed by petitioner George Anthony Hernandez ("Petitioner").  (Dkt. No. 1.)  On January 18, 2022, the Court issued an Order Regarding Screening of Petition because Petitioner does not appear to meet the "in custody" requirement under 28 U.S.C. § 2254(a).  (Dkt. No. 4 at 2.)  The Court ordered Petitioner to file a written response by February 8, 2022.  (Id. at 4.)  Petitioner did not file a response.  The Court then issued an Order to Show Cause why the action should not be dismissed for failure

to prosecute, setting a deadline of March 11, 2022. (Dkt. No. 5.) Again, Petitioner did not file a response.

Upon further review, the Court issued a Supplemental Order Regarding Screening of Petition. (Dkt. No. 6.) The Supplemental Order provided Petitioner with three options, including to convert the Petition into a civil rights complaint. (Id. at 3.) Petitioner responded that he would like to "convert [the] petition to a civil rights complaint" and informed the Court that he has filled out the civil rights complaint form. (Dkt. No. 7.) In response, the Court opened a civil rights case. See Case No. 2:22-cv-02592 JGB (ADS). The Court issued an order requiring Petitioner to confirm he intended to dismiss his habeas petition. (Dkt. No. 8.) The Court warned Petitioner that failure to file a response will result in a dismissal of the habeas case. (Id. at 2.) As of the date of this Order, Petitioner has not filed a response.

## II.  DISMISSAL OF THE HABEAS CASE

This case must be dismissed. Plaintiff elected to convert the Petition to a civil rights case. There is no longer a habeas petition to resolve. This case is hereby dismissed and shall be closed immediately.

## III.  CONCLUSION

IT IS THEREFORE ORDERED that this action be summarily dismissed.

Dated: June 2, 2022

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge